FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
MICHAEL GERST (SBN 266514)
gerst@novianlaw.com
MATTHEW NOVIAN (SBN 324144)
matthew@novianlaw.com
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222
Facsimile: (310) 553-0222

*Attorneys for Plaintiffs,*
*CAROLWOOD EQUITIES, LLC and CAROLWOOD CAPITAL PARTNERS, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLWOOD EQUITIES, LLC, a Delaware Limited Liability Company, and CAROLWOOD CAPITAL PARTNERS, LLC, a California Limited Liability Company<br><br>Plaintiffs,<br>v.<br><br>CAROLWOOD PARTNERS, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-08951-AB (RAOx)<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, Plaintiffs Carolwood Equities, LLC and Carolwood Capital Partners, LLC, and Defendant Carolwood Partners, Inc. hereby stipulate to the dismissal of the above-entitled action, with prejudice to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated:  October 26, 2023                     NOVIAN & NOVIAN, LLP


By:  /s/ *Farhad Novian*_____
         FARHAD NOVIAN
         MICHAEL GERST
         MATTHEW NOVIAN

         *Attorneys for Plaintiffs,*
         *CAROLWOOD EQUITIES, LLC and*
         *CAROLWOOD CAPITAL PARTNERS, LLC*

DATED: October 26, 2023                     BUCHALTER

By:/s/ *Matthew Seror*_____
         MATTHEW L. SEROR

         *Attorneys for Defendant*
         *CAROLWOOD PARTNERS, INC.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed the foregoing on this 27th day of October 2023, which will send a notice of electronic filing to all counsel of record.

/s/___*Farhad Novian*_____
Farhad Novian

2
STIPULATION FOR DISMISSAL WITH PREJUDICE